# Notice Recipients

District/Off: 0207−1  User: admin  Date Created: 1/25/2023
Case: 1−23−40221−jmm  Form ID: 245  Total: 16

**Recipients of Notice of Electronic Filing:**
tr  Robert J Musso  Rmusso@nybankruptcy.net
aty  Jjais A Forde  bankruptcy@fordelawoffices.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db  Subrina Briglall  244 Ashford Street  Brooklyn, NY 11207
smg  NYS Department of Taxation & Finance  Bankruptcy Unit  PO Box 5300  Albany, NY 12205
smg  NYC Department of Finance  345 Adams Street  Office of Legal Affairs  Brooklyn, NY 11201−3719
smg  NYS Unemployment Insurance  Attn: Insolvency Unit  Bldg. #12, Room 256  Albany, NY 12240
smg  Office of the United States Trustee  Eastern District of NY (Brooklyn Office)  U.S. Federal Office Building  201 Varick Street, Suite 1006  New York, NY 10014
10149427  244 Ashford Group, LLC  1202 Halsey Street  Brooklyn, NY 11207
10149428  Ashford Group, LLC  874 Handcock Street  Brooklyn, NY 11233
10149429  Con Edison  Cooper Station  P.O. Box 138  New York, NY 10276−0138
10149430  Cooper, Paroff & Graham, P.C.  1 Linden Place, Suite 302  Great Neck, NY 11021
10149431  Law Office of Henry Graham  80−02 Kew Gardens Road  Kew Gardens, NY 11415
10149433  NYC Water Board  59−17 Junction Blvd  Elmhurst, NY 11373
10149435  SIMHACREATION LLC  85−72 67th Avenue  Rego Park, NY 11374
10149434  Sergey Davydov, Esq.  85−93 66th Avenue, 2nd Floor  Rego Park, NY 11374
10149432  newrez LLC  1100 Virginia Drive, Suite 125  Fort Washington, PA 19034

TOTAL: 14