# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0207−1 | User: admin | | Date Created: 1/25/2023 |
| Case: 1−23−40221−jmm | Form ID: 309A | | Total: 16 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Subrina Briglall | 244 Ashford Street | Brooklyn, NY 11207 | |
| tr | Robert J Musso | 26 Court Street | Suite 2211 | Brooklyn, NY 11242 |
| aty | Jjais A Forde | Law Offices of Jjais A. Forde, PLLC | 814 W Merrick Road | Valley Stream, NY 11580−4829 |
| smg | NYS Department of Taxation & Finance | Bankruptcy Unit | PO Box 5300 | Albany, NY 12205 |
| smg | NYC Department of Finance | 345 Adams Street | Office of Legal Affairs | Brooklyn, NY 11201−3719 |
| smg | NYS Unemployment Insurance | Attn: Insolvency Unit | Bldg. #12, Room 256 | Albany, NY 12240 |
| smg | Office of the United States Trustee | Eastern District of NY (Brooklyn Office) | U.S. Federal Office Building | 201 Varick Street, Suite 1006 | New York, NY 10014 |
| 10149427 | 244 Ashford Group, LLC | 1202 Halsey Street | Brooklyn, NY 11207 | |
| 10149428 | Ashford Group, LLC | 874 Handcock Street | Brooklyn, NY 11233 | |
| 10149429 | Con Edison | Cooper Station | P.O. Box 138 | New York, NY 10276−0138 |
| 10149430 | Cooper, Paroff & Graham, P.C. | 1 Linden Place, Suite 302 | Great Neck, NY 11021 | |
| 10149431 | Law Office of Henry Graham | 80−02 Kew Gardens Road | Kew Gardens, NY 11415 | |
| 10149433 | NYC Water Board | 59−17 Junction Blvd | Elmhurst, NY 11373 | |
| 10149435 | SIMHACREATION LLC | 85−72 67th Avenue | Rego Park, NY 11374 | |
| 10149434 | Sergey Davydov, Esq. | 85−93 66th Avenue, 2nd Floor | Rego Park, NY 11374 | |
| 10149432 | newrez LLC | 1100 Virginia Drive, Suite 125 | Fort Washington, PA 19034 | |

TOTAL: 16