

**Managing Partner**
Leo Jacobs*

**Associates**
Adam Sherman
Aaron Slavutin
Eduard Kushmakov
Paris Gyparakis

\* -Ilevu Yakubov

595 Madison Avenue, FL 39
New York, New York 10022

**O:** 212-229-0476
**F:** 212-229-9015
**E:** info@jacobspc.com

www.JacobsPC.com

*Senior Partner*
Mitchell G. Mandell

*Senior Counsel*
Lewis Fischbein
Wayne Greenwald

*Of Counsel*
Laura Brandt

<u>**VIA CM/ECF**</u>

March 8, 2023

Hon. Jil Mazer-Marino
United States Bankruptcy Judge
United States Bankruptcy Court
Eastern District of New York  271-
C Cadman Plaza East, Ste 1595
Brooklyn, NY 11201

<u>**Re: *Subrina Briglall* (23-40221-jmm) – Hearing on Motion for Relief from Automatic Stay**</u>

Dear Judge Mazer-Marino:

We are counsel to Ashford Group, LLC and Simhacreation LLC ("Movants") in the referenced matter.

To accommodate the trustee's request, Movants agree to a short adjournment of the hearing of their motion for relief from the automatic stay, currently scheduled for March 9, 2023.

In contrast, the debtor's untimely request for an adjournment, is yet another inappropriate attempt to delay her eviction.  If the debtor intends to oppose the motion, we request that the adjourned date provide the Movants ample time to respond to the debtor.

Respectfully,

/s/ *Leo Jacobs*
Leo Jacobs

cc: Robert J. Musso (via CM/ECF)